*Request is GRANTED. Parties have up and to January 5, 2015 to complete their settlement of this case. All pending dates, if any, are VACATED.*
*Dated: 12/8/2015*

Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Lydiamor Tourino

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIAMOR TOURINO, | No. 3:14-cv-04589-MEJ |
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| vs. | |
| CHARLOTTE RUSSE, INC., a California corporation, dba CHARLOTTE RUSSE #365, et al., | |
| Defendants. | |

Notice is hereby given that Plaintiff Lydiamor Tourino ("Plaintiff") has settled the above-captioned matter with all Defendants. Plaintiff requests that he be given to and including January 5, 2015 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: December 4, 2014                    MOORE LAW FIRM, P.C.


                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorneys for Plaintiff
                                           Lydiamor Tourino